# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**KOTSCH, BEVERLY A.** | )<br>) **Chapter 7**<br>)<br>) **Case No. 21-10366-PMM**<br>)<br>)<br>**Debtor(s)** ) |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $1,700.94 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $11.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

*Patricia M. Mayer*

**Date: October 19, 2021**

Patricia M. Mayer
United States Bankruptcy Judge