United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10366-pmm |
| Beverly A. Kotsch | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beverly A. Kotsch, 3412 Iron St., Whitehall, PA 18052-3146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN K. KERCHER | on behalf of Debtor Beverly A. Kotsch kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KOTSCH, BEVERLY A. | CHAPTER 7 |
| Debtor(s) | **Case No.** 21-10366-PMM |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Patricia M. Mayer*

**Date: October 19, 2021**

The Honorable Patricia M. Mayer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: | |
**KOTSCH, BEVERLY A.** | | **Chapter 7**
 | |
 | | Case No. 21-10366-PMM
**Debtor(s)** | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, this _____ day of _____, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $1,700.94 is reasonable compensation for the services in this case by LYNN E. FELDMAN, TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $11.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Patricia M. Mayer
United States Bankruptcy Judge

DATED:_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | **Chapter 7** |
| KOTSCH, BEVERLY A. | |
| | **Case No. 21-10366-PMM** |
| Debtor(s) | |

**TRUSTEE'S FINAL REPORT AND ACCOUNT OF THE**
**ADMINISTRATION OF THE ESTATE AND FINAL**
<u>**APPLICATION FOR COMPENSATION**</u>

The petition commencing this case was filed on 02/15/21 and the undersigned (the "Trustee") was appointed or elected trustee on <u>02/15/21</u>. Trustee has qualified as trustee for the bankruptcy estate in this case (the "Estate") pursuant to section 322 of the Bankruptcy Code.

The Trustee certifies that the money of the Estate is deposited with the following:

| **Bank Name** | **Account Number** | **Account Balance** |
|---|---|---|
| **Axos Bank** | 7581007000575 | 9,491.09 |

All property of the Estate has been inventoried, collected, and liquidated, or exempted; all adversary proceedings are closed [except as follows: None]. The Trustee will forthwith propose the distribution of the money of the Estate to creditors and the abandonment of all remaining unliquidated property of the Estate. (See Exhibit A - Individual Estate Property Record).

All claims have been reviewed and properly dealt with. In this regard, all proofs of claim have been examined and any objections thereto have been filed with the Court. The bar date has expired for creditors to file claims. (see Exhibit B - Copy Claims Register.)

| | |
|---|---:|
| Receipts: | |
| Gross Estate Proceeds: | |
| (See Exhibit C - Cash Receipts and Disbursements Record and Bankruptcy Rule 6004 Report(s) of Sale) | $9,509.37 |
| Disbursements: | |
| (See Exhibit C - Cash Receipts and Disbursements Record and Bankruptcy Rule 6004 Report(s) of Sale) | $18.28 |
| Balance: | |
| Net Estate Proceeds | $9,491.09 |

## CERTIFICATION

I, LYNN E. FELDMAN, TRUSTEE, hereby certify, under penalty of perjury, that:

(i) the above Final Report and Account and the attached Application for Compensation are true and correct;

(ii) no agreement or understanding exists between the undersigned and any other person for a division of compensation [except as follows:  (state nature and particulars of agreement of understanding)]; except members of my firm.

(iii) the undersigned has not entered into any agreement, express or implied, with another party in interest in the above captioned proceeding for the purpose of fixing fees or other compensation to be paid to the undersigned for services rendered in connection therewith, from the assets of the estate in excess of the compensation allowed by law.

Dated: _____            _____
                                                                                                       Trustee

Trustee Name:        LYNN E. FELDMAN, TRUSTEE

Trustee Address:     2310 WALBERT AVE.
                     SUITE 103
                     ALLENTOWN, PA 18104

Trustee Phone No.:   (610) 530-9285

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | Chapter 7 |
| KOTSCH, BEVERLY A. | |
| | Case No. 21-10366-PMM |
| Debtor(s) | |

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on 02/15/21.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $1,700.94 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $11.50 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION
Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $9,509.37. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/22/04:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $ 1,250.00 |
| 10% on next | $ | 45,000 | = | $ 450.94 |
| 5% on next | $ | 950,000 | = | $ 0.00 |
| 3% on balance over | $ | 1,000,000 | = | $ 0.00 |
| Total Compensation | | | = | $ 1,700.94 |

7. TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| postage, copying | $ 11.50 |

**WHEREFORE**, Applicant requests approval of the payment of compensation in the amount of $1,700.94 and reimbursement of expenses in the amount of $11.50.

Dated: _____

_____
LYNN E. FELDMAN, TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  |
                                        |
**KOTSCH, BEVERLY A.**                  |   Chapter 7
                                        |
                                        |   Case No. 21-10366-PMM
            Debtor(s)                   |

**INTERIM FINANCIAL SUMMARY REPORT**

1.  RECEIPTS TURNED OVER TO TRUSTEE:
    (from R & D Record)                                          $    9,509.37

2.  FEES/COSTS WITHHELD BY PROFESSIONALS:                        $ _____

3.  TOTAL GROSS RECEIPTS:                                        $    9,509.37

4.  DISBURSEMENTS AND EXPENSES:

    a) Interim Trustee Compensation                              $        0.00

    b) Interim Atty. For Trustee Fee                                      0.00

    c) Outside Counsel (fees only)                                        0.00

    d) Other Professionals (fees only)                                    0.00

    e) Debtor(s) Exemption                                                0.00

    f) Payments to Secured Creditors                                      0.00

    g) All Other Expenses/Disbursements
       (including other professional's
       expenses and court costs)                                         18.28

5.  TOTAL DISBURSEMENTS AND EXPENSES:                            $       18.28

6.  BALANCE ON HAND:                                             $    9,491.09


Dated: _____          Trustee:   LYNN E. FELDMAN, TRUSTEE
                                                2310 WALBERT AVE.
                                                SUITE 103
                                                ALLENTOWN, PA 18104

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | \| |
| | \| **Chapter 7** |
| **KOTSCH, BEVERLY A.** | \| |
| | \| |
| | \| **Case No. 21-10366-PMM** |
| Debtor(s) | \| |

**TRUSTEE'S PROPOSED DISTRIBUTION
<u>OF PROPERTY OF THE ESTATE</u>**

Dated: _____

LYNN E. FELDMAN, TRUSTEE
2310 WALBERT AVE.
SUITE 103
ALLENTOWN, PA 18104

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: |
|
KOTSCH, BEVERLY A. | Chapter 7
|
| Case No. 21-10366-PMM
Debtor(s) |

## ORDER OF DISTRIBUTION

**AND NOW**, this _____ day of _____, 2021, the Trustee, <u>LYNN E. FELDMAN, TRUSTEE</u>, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
U.S. BANKRUPTCY JUDGE

DATED: _____

**DISTRIBUTION SUMMARY SHEET**

CASE NAME: <u>KOTSCH, BEVERLY A.</u>

CASE NUMBER: <u>21-10366-PMM</u>

TRUSTEE NAME: <u>LYNN E. FELDMAN</u>

| Kinds of Claims Listed By Priority | | To be Distributed: |
|---|---|---:|
| 364 (d) | Superpriority Secured Credit | 0.00 |
| 506 (c) | Costs and Expenses Charged to Collateral | 0.00 |
| 506 (a) | Indefeasible Secured Credit | 0.00 |
| 363 (j) | Co-Owner Sale Costs and Expenses | 0.00 |
| 522 (k) | Admin. Expenses Charged to Debtors Collateral | 0.00 |
| 522 (d) | Debtors Exemptions | 0.00 |
| 364 (c) | Superpriority Unsecured Credit | 0.00 |
| 507 (b) | Superpriority Administrative Expenses | 0.00 |
| 507 (a) (1) | Chapter 7 Administrative Expenses, Fees & Charges | 1,712.44 |
| 726 (b) | Chapter 11 or 13 Administrative Expenses | 0.00 |
| 507 (a) (1) | Domestic Support Obligations | 0.00 |
| 507 (a) (2) | Involuntary Gap Credit | 0.00 |
| 507 (a) (3) | Pre-Petition Wages, Salaries and Commission | 0.00 |
| 507 (a) (4) | Employee Benefit Plan Contributions | 0.00 |
| 507 (a) (5) | Grain Production or United States Fisherman | 0.00 |
| 507 (a) (6) | Consumer Deposits | 0.00 |
| 724 (b) | Subordinated tax Liens and Junior Liens | 0.00 |
| 507 (a) (8) | Tax and Duty Claims | 0.00 |
| 507 (a) (9) | Insured Depository Institutions | 0.00 |
| 507 (a) (10) | Death and Personal Injury Claims for DUI | 0.00 |
| 726 (a) (2) | Timely Filed and Excused Tardily Filed Claim | 7,778.65 |
| 726 (a) (3) | Unexcused Tardily Filed Claims | 0.00 |
| 726 (a) (4) | Fines, Penalties, forfeitures & Punitive Damages | 0.00 |
| 726 (a) (5) | Post-Petition Interest | 9,491.09 |
| 726 (a) (6) | Debtor(s) Surplus | 0.00 |
| Miscellaneous payments | | 0.00 |
| Total | | 18,982.18 |

Including United States trustee Quarterly Fee (If Applicable)
FICA, Federal Income tax and New Jersey Income Tax have been withheld