IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 7

KOTSCH, BEVERLY A.

            Debtor(s)            Case No. 21-10366-PMM

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

**AND NOW**, this 18th day of December 2021, upon consideration of the Trustee's Final Report and Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is herby

**ORDERED AND DECREED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge